AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*July 23, 2025*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ronald Alberto Rivas-Aguilar | ) | Case No. 4:25-mj-448 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 20th, 2025__ in the county of __Brazoria__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) and (b) | a native and citizen of El Salvador, and an alien who had been previously deported from the United States, subsequent to having been convicted of a crime defined as a felony, was found unlawfully in the United States at Houston, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:
See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*
Daniel I. Chagoya, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date: 07/23/2025

_____
*Judge's signature*
Hon. Dena Palermo, United States Magistrate Judge
*Printed name and title*

City and state: Houston, Texas

4:25-mj-448

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel I, Chagoya, being duly sworn telephonically, hereby depose and say:

(1) I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since November 9, 2008. My law enforcement career began September 18, 2005, as a Customs and Border Protection Officer. I held this position until transferring to Immigration and Customs Enforcement as a Deportation Officer. I currently have over 17 years of immigration law enforcement experience.

(2) On July 21, 2025, at 6:30 p.m. Ronald Alberto Rivas-Aguilar, (Defendant") was detained by ICE.

(3) The Defendant's fingerprints have been taken and electronically submitted to various law enforcement databases. According to the Integrated Automated Fingerprint Identification System (IAFIS), the Defendant is the same individual as the person referred to in this Affidavit as having been previously deported and convicted.

(4) Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a) and (b).

(5) <u>Element One</u>: The Defendant is a citizen and national of El Salvador and not a native, citizen or national of the United States.

(6) <u>Element Two</u>: The Defendant has previously been deported or removed from the United States on the following occasions:

   a. 7/30/2021

(7) <u>Element Three</u>: After deportation, the Defendant was subsequently found in the United States on July 20th, 2025, at Angleton, Texas, which is within the Houston Division of the Southern District of Texas. Additionally, I consulted with ICE's Law Enforcement Support Center ("LESC") to determine whether, in the past five years, and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in this paragraph. On July 22, 2025, LESC advised me that it had no record on such an encounter.

(8)   Element Four: The Defendant did not have permission to reenter the United States. On July 22nd, 2025, I reviewed the contents of the Alien File associated with this Defendant and/or available database information. I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States. I have requested certification of this fact from the Records Branch of the Immigration Service.

(9)   Prior Criminal History. The Defendant has the following prior criminal history:

   a) On May 5, 2021, the Defendant was convicted in the 400th Judicial District Court in Fort Bend County, Texas for the offense of Conspiracy to Commit Murder and sentenced to 10 years TDCJ.
   b) On August 31, 2016, the Defendant was arrested by Missouri City Police for engaging in organized criminal activity and Murder. On May 5, 2021, the charges were dismissed.
   c) The Texas Department of Public Safey Gang website has the Defendant registered as a member of the Mara Salvatrucha also known as MS 13.

(10)   On July 22, 2025, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning this criminal complaint. On or about that day, Assistant U.S.Attorney Lauren Valenti (713) 597-0997 accepted this case for prosecution for a violation of 8 U.S.C. § 1326(a) and (b).

*(signature)*
Daniel I. Chagoya, Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Sworn to me telephonically on this 23rd day of July 2025, and I find probable cause.

*(signature)* Dena Palermo
Hon. Dena Palermo
United States Magistrate Judge
Southern District of Texas

Page 2 of 2